IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>            Plaintiff,  <br>     v.  <br>  <br>ADRIAN NEGRETE-HERNANDEZ,  <br>JANET MARTINEZ,  <br>JUAN DELGADO-MONTENEGRO,  <br>"GUERITA,"  <br>ISMAEL CASAS,  <br>MICHAEL RAMOS,  <br>OLEGARIO TRUJILLO,  <br>LUIS CORTEZ-MENDOZA,  <br>ALEJANDRO MEJIA, and  <br>PEDRO DELGADO-MONTENEGRO  <br>  <br>            Defendants. | 5:08-mj-000034 TAG  <br>5:08-mj-000039 TAG  <br>5:08-mj-000041 TAG  <br>5:08-mj-000042 TAG  <br>5:08-mj-000035 TAG  <br>5:08-mj-000036 TAG  <br>5:08-mj-000038 TAG  <br>5:08-mj-000037 TAG  <br>5:08-mj-000040 TAG  <br>5:08-mj-000032 TAG |

ORDER TO UNSEAL ARREST WARRANTS AND CRIMINAL COMPLAINTS

**Under Seal**

The United States of America has applied to this Court for an Order permitting it to unseal the Criminal Complaints and Arrest Warrants in the above-captioned matters. Upon consideration of the application and the entire record herein,

IT IS HEREBY ORDERED that the Criminal Complaints and Arrest

1

Warrants in the above-entitled proceedings shall be unsealed.

DATED: December 10, 2008

_____
THERESA A. GOLDNER
U.S. Magistrate Judge

McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>ADRIAN NEGRETE-HERNANDEZ,<br>JANET MARTINEZ,<br>JUAN DELGADO-MONTENEGRO,<br>"GUERITA,"<br>ISMAEL CASAS,<br>MICHAEL RAMOS,<br>OLEGARIO TRUJILLO,<br>LUIS CORTEZ-MENDOZA,<br>ALEJANDRO MEJIA, and<br>PEDRO DELGADO-MONTENEGRO,<br><br>         Defendants. | 5:08-mj-000034 TAG<br>5:08-mj-000039 TAG<br>5:08-mj-000041 TAG<br>5:08-mj-000042 TAG<br>5:08-mj-000035 TAG<br>5:08-mj-000036 TAG<br>5:08-mj-000038 TAG<br>5:08-mj-000037 TAG<br>5:08-mj-000040 TAG<br>5:08-mj-000032 TAG<br><br><br>APPLICATION TO UNSEAL CRIMINAL<br>COMPLAINTS AND ARREST WARRANTS |

The United States of America hereby applies to this Court for an order unsealing the arrest warrants and criminal complaints in the above-captioned proceedings.

This motion is based on the fact that the defendants in these matters were arrested on the criminal complaints.

Dated: December 10, 2008          Respectfully submitted,

                                  McGREGOR W. SCOTT
                                  United States Attorney
                             By:  /s/ Karen A. Escobar
                                  KAREN A. ESCOBAR
                                  Assistant U.S. Attorney

1