

| | |
|---|---|
| 1 | LAWRENCE G. BROWN |
|   | Acting United States Attorney |
| 2 | KAREN A. ESCOBAR |
|   | Assistant U.S. Attorney |
| 3 | 2500 Tulare Street |
|   | Fresno, California 93721 |
| 4 | Telephone: (559) 498-7294 |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:08-CR-435 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER STAYING |
| v. | ) | MAGISTRATE JUDGE'S RELEASE ORDER |
| | ) | ISSUED JANUARY 29, 2009 |
| ADRIAN NEGRETE-HERNANDEZ, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Upon application of the United States Government for stay of the Magistrate Judge's release order issued January 29, 2009, in this matter, and good cause appearing,

IT IS HEREBY ORDERED THAT this Court's January 29 Release Order is stayed pending the disposition of the government's Motion for Revocation of the Release Order.

Dated: January 29, 2009

ANTHONY W. ISHII
Chief U.S. District Judge