1 | 435LAWRENCE G. BROWN
Acting United States Attorney
2 | KAREN A. ESCOBAR
Assistant U.S. Attorney
3 | 2500 Tulare Street
Fresno, California 93721
4 | Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )1:08-cr-0435 AWI
                                )
                Plaintiff,      )
                                )
      v.                        )ORDER
                                )
                                )
ADRIAN NEGRETE-HERNANDEZ,       )
                                )
                Defendant.      )
_____)

        Having read and considered the parties' stipulation to
continue the bail review in this matter,

        IT IS THE ORDER of the Court that the bail review is hereby
continued from February 9 to February 17, 2009, at 11:00 a.m.


                            **ORDER**


IT IS SO ORDERED.

**Dated:   February 5, 2009**              /s/ Anthony W. Ishii
                                  CHIEF UNITED STATES DISTRICT JUDGE

1