KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant
ADRIAN NEGRETE- HERNANDEZ

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-F-08-435 AWI |
| Plaintiff, | STIPULATION AND ORDER REGARDING MODIFICATION OF CONDITIONS OF RELEASE, AS RECOMMENDED BY PRETRIAL SERVICES |
| v. | |
| ADRIAN NEGRETE-HERNANDEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED BETWEEN COUNSEL FOR THE GOVERNMENT AND COUNSEL FOR DEFENDANT AS FOLLOWS:

1. That Pretrial Services, through Pretrial Services Officer DAN STARK, is recommending that defendant ADRIAN NEGRETE-HERNANDEZ participate in the CURFEW component of the remote location monitoring program;

2. That Pretrial Services has found Defendant ADRIAN NEGRETE-HERNANDEZ to be compliant with providing documentation regarding employment and other activities;

3. That Pretrial Services will require that Defendant abide by all the

1

1  requirements of the CURFEW program, which will include electronic monitoring
2  or other location verification monitoring system, with Defendant to pay all or part
3  of the costs of the program based on ability to pay, as determined by the Pretrial
4  Services Officer;

5      4. That Defendant will be restricted to his residence every day from 9:00
6  p.m. to 5:00 a.m., or as directed by the Pretrial Services Officer;

7      5. That all other conditions previously imposed which are not in conflict
8  with this modification, will remain in full force and effect;

9      6. That Pretrial Services agrees with this modification.

11  DATED: December 8, 2009          /s/Katherine Hart
                                     KATHERINE HART, Attorney at Law

13  DATED: December 8, 2009          /s/KAREN ESCOBAR
                                     ASSISTANT UNITED STATES
14                                   ATTORNEY

## ORDER

17  Good cause appearing, and the Pretrial Services Office having recommended
18  the following, it is hereby ordered:

19      1. That Defendant ADRIAN NEGRETE-HERNANDEZ participate in the
20  CURFEW component of the remote location monitoring program and abide by all
21  the requirements of the program, which will include electronic monitoring or other
22  location verification monitoring system;

23      2. That Defendant ADRIAN NEGRETE-HERNANDEZ pay all or part of
24  the costs of the program based upon ability to pay as determined by the Pretrial
25  Services Officer;

26      3. That Defendant ADRIAN NEGRETE-HERNANDEZ be restricted to his

2

residence every day from 9:00 p.m. to 5:00 a.m., or as directed by the Pretrial Services Officer;

    4. That all other previously imposed conditions of release not in conflict with this order are to remain in full force and effect.

IT IS SO ORDERED.

**Dated:   December 8, 2009**         **/s/ Anthony W. Ishii**
                                      CHIEF UNITED STATES DISTRICT JUDGE