```
BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ADRIAN NEGRETE-HERNANDEZ and<br>MICHAEL RAMOS,<br><br>  Defendants. | 1:08-CR-435 AWI<br><br>STIPULATION RE:<br>CONTINUANCE AND ORDER |

Defendant ADRIAN NEGRETE-HERNANDEZ, by and through his attorney, GARY HUSS, Defendant MICHAEL RAMOS, by and through his attorney, STEVEN CRAWFORD, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1. The parties to the above-captioned matter agree to vacate the current status conference hearing set for Monday, May 2, at 9:00 a.m. and continue it to May 23 at 11:00 a.m due to the

1

unavailability of counsel for the government, who is on medical leave following knee replacement surgery.

2. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation, plea negotiations, availability of counsel, and the filing of motions, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Dated: April 27, 2011                    Respectfully submitted,

                                         BENJAMIN B. WAGNER
                                         United States Attorney

                                   By:   /s/ Karen A. Escobar
                                         KAREN A. ESCOBAR
                                         Assistant U.S. Attorney

Dated: April 26, 2011                    /s/ Gary Huss
                                         GARY HUSS
                                         Attorney for Defendant
                                         ADRIAN NEGRETE-HERNANDEZ

                                         /s/ Steven Crawford
                                         STEVEN CRAWFORD
                                         Attorney for Defendant
                                         MICHAEL RAMOS

//
//
//
//
//
//
//
//
//
//

2

**O R D E R**

IT IS THE ORDER OF THE COURT THAT the status conference currently set in this matter for May 2 at 9:00 a.m., shall be continued to May 23, 2011, at 11:00 a.m.

THE COURT FURTHER FINDS based on the reasons articulated by the parties that the continuance in the "ends of justice" outweighs the interest of the public and defendant in a speedy trial under the Speedy Trial Act and the intervening period of delay shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:     April 27, 2011              _____
                                        CHIEF UNITED STATES DISTRICT JUDGE