```
BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:08-CR-435 AWI |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION RE: |
| ) | CONTINUANCE AND ORDER |
| ) | |
| ADRIAN NEGRETE-HERNANDEZ, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant ADRIAN NEGRETE-HERNANDEZ, by and through his attorney, GARY HUSS, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

    1.  The parties to the above-captioned matter agree to vacate the current filing date for the government's response (August 1, 2011), and reply date of August 15 and agree to reset the date for August 22 with a reply date of August 24.

    2.  The parties stipulate that the continuance is

1

necessitated by the parties' need to continue negotiations, defense need for further investigation and to accommodate the schedule of the government's attorney, who was in Senior District Judge Oliver W. Wanger's court when the briefing schedule was set and who is required to respond on August 1 to a Ninth Circuit brief in a case that went to trial.

DATED: July 14, 2011                    Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                        By: /s/ Karen A. Escobar
                                           KAREN A. ESCOBAR
                                           Assistant U.S. Attorney

                                        /s/ Gary Huss
                                        GARY HUSS
                                        Attorney for Defendant
                                        Adrian Negrete-Hernandez

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current response date of August 1, 2011, and reply date of August 15, 2011, is hereby vacated. The government's response will now be due on August 22, 2011, by 4 p.m. and the defendant's reply, if any, will be due on August 24, by 4 p.m.

IT IS SO ORDERED.

Dated:    July 14, 2011              _____
                                     CHIEF UNITED STATES DISTRICT JUDGE