# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
DEC 05 2011
CLERK US...
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America ) <br> vs. ) <br> Adrian Negrete-Hernandez ) | Case No. 1:08CR00435 AWI |

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Adrian Negrete-Hernandez__, have discussed with __Montgomery L. Olson__, Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant to participate in the curfew component of the Location Monitoring Program with electronic monitoring is removed.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  12-05-11         _____  12-5-11
Signature of Defendant       Date             Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                   12/5/11
Signature of Assistant United States Attorney   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                   12/5/11
Signature of Defense Counsel                Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on __12/5/2011__
☐ The above modification of conditions of release is *not* ordered.

_____                   12/5/2011
Signature of Judicial Officer               Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services