1  Gary Huss (SBN 057370)
   **LAW OFFICES OF GARY HUSS**
2  3649 W. Beechwood Avenue, Suite 102
   Fresno, California 93711
3  Telephone: (559) 441-7073
   Facsimile: (559) 261-4916
4  E-mail: gary@huss4law.com

5  Attorneys for Defendant
   ADRIAN NEGRETE-HERNANDEZ

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>                Plaintiff,   )<br>                              )<br>v.                            )<br>                              )<br>ADRIAN NEGRETE-HERNANDEZ,     )<br>                              )<br>                Defendant.    )<br>                              )<br>                              )<br>_____) | Case Number 1:08-cr-00435 AWI-1<br><br>**STIPULATION TO CONTINUE**<br>**SENTENCING HEARING; ORDER**<br><br>Date:   January 28, 2013<br>Time:   10:00 a.m.<br>Judge:  Chief Judge Anthony W. Ishii |

   **IT IS HEREBY STIPULATED** by and between parties through their respective counsel, Karen Ann Escobar for the United States District Attorney, and Gary Huss, counsel for Defendant, ADRIAN NEGRETE-HERNANDEZ, that the Sentencing Hearing currently set for January 28, 2013 at 10:00 a.m. may be continued and rescheduled to **March 4, 2013** at **10:00 a.m.**.

   This continuance is requested by counsel for defendant due to unexpected family issues that need to be resolved prior to this hearing and his self-surrender.

   Dated: January 17, 2013.                    Respectfully Submitted,


                                                /s/ Gary Huss
                                               Gary Huss, Attorney for Defendant
                                               ADRIAN NEGRETE-HERNANDEZ

1 | Dated: January 18, 2013.                    /s/ Karen A. Escobar
                                                Karen A. Escobar,
2 |                                              United States Attorney for Plaintiff

3

4                                        **ORDER**

5

IT IS SO ORDERED.

6

7 | Dated:   January 22, 2013

                                        _____
8                                              SENIOR  DISTRICT  JUDGE