BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:08-CR-00435-AWI |
| Plaintiff, | ) FINAL ORDER OF FORFEITURE |
| v. | ) |
| ADRIAN NEGRETE-HERNANDEZ, | ) |
| Defendant. | ) |

WHEREAS, on February 12, 2013, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Adrian Negrete-Hernandez in the following property:

a. One 9 millimeter Beretta pistol,

b. One 9 millimeter pistol clip,

c. One .22 caliber clip,

d. One .22 caliber Winchester rifle with scope,

e. 1,935 7.62 Wolf rounds of ammunition,

f. 100 12 gauge shotgun shells,

g. 124 .22 caliber rounds,

h. 74 2506 rifle rounds, and

i. 190 9 millimeter rounds.

Final Order of Forfeiture

1

1  AND WHEREAS, beginning on March 2, 2013, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Adrian Negrete-Hernandez.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The United States Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: June 4, 2013

_____
SENIOR DISTRICT JUDGE

Final Order of Forfeiture
2