HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ADRIAN NEGRETE-HERNANDEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ADRIAN NEGRETE-HERNANDEZ,<br><br>    Defendant. | Case No. 1:08-cr-00435-AWI-1<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable ANTHONY W. ISHII |

Defendant, ADRIAN NEGRETE-HERNANDEZ, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On March 4, 2013, this Court sentenced Mr. Negrete-Hernandez to a total term of 87 months, comprised of 27 months on Count 1 (a violation of 21 U.S.C. §§ 841(a)(1) and 846) and 50 months on Count 2 (a violation of 18 U.S.C. § 924(c)(1)(A)(i)), to be served consecutively;

3. As to Count 1, the total offense level was 19, the criminal history category was I, and the resulting guideline range was 30 to 37 months. He received a sentence below the applicable range pursuant to Chapter Five of the Guidelines;

4. The sentencing range applicable to Mr. Negrete-Hernandez was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. As to Count 1, Mr. Negrete-Hernandez' total offense level has been reduced from 19 to 17, and his amended guideline range is 24 to 30 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Negrete-Hernandez' total term of imprisonment to 84 months, comprised of 24 months on Count 1 and 60 months on Count 2, to be served consecutively.

Respectfully submitted,

Dated:  December 4, 2015                        Dated:   December 4, 2015

BENJAMIN B. WAGNER                              HEATHER E. WILLIAMS
United States Attorney                          Federal Defender


 /s/  *Kathleen A. Servatius*                    /s/ *Hannah R. Labaree*
KATHLEEN A. SERVATIUS                           HANNAH R. LABAREE
Assistant U.S. Attorney                         Assistant Federal Defender

Attorney for Plaintiff                          Attorney for Defendant
UNITED STATES OF AMERICA                        ADRIAN NEGRETE-HERNANDEZ

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Negrete-Hernandez is entitled to the benefit Amendment 782, which reduces the total offense level as to Count 1 from 19 to 17, resulting in an amended guideline range of 24 to 30 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in March 2013 is reduced to a total term of imprisonment of 84 months, comprised of 24 months on Count 1 and 60 months on Count 2, to be served consecutively. In no event is this Order to be understood as authorizing a term of imprisonment less than the term actually served as of the date of this order.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Negrete-Hernandez shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   December 4, 2015                         _____
                                                                SENIOR  DISTRICT  JUDGE