Case 1:08-cr-00435-DAD   Document 318   Filed 12/07/15   Page 1 of 1

AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| ADRIAN NEGRETE-HERNANDEZ | ) Case No:  1:08CR00435-001 |
| | ) USM No:  64309-097 |
| Date of Original Judgment:  03/04/2013 | ) |
| Date of Previous Amended Judgment: _____ | ) Hannah Rose Labaree, FD |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  87  months **is reduced to**  84 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

```
The term of imprisonment imposed in March 2013 is reduced to a total term
of imprisonment of 84 months, comprised of 24 months on Count 1 and 60
months on Count 2, to be served consecutively. In no event is this Order
to be understood as authorizing a term of imprisonment less than the term
actually served as of the date of this order.
```

Except as otherwise provided, all provisions of the judgment dated  03/11/2013  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   12/07/2015                             /s/ ANTHONY W. ISHII
                                                    *Judge's signature*

Effective Date: _____                Senior United States District Judge Anthony W. Ishii
        *(if different from order date)*                    *Printed name and title*